L. Scott Oliver (SBN 174824)
Audrey Lo (SBN 253738)
K&L Gates LLP
630 Hansen Way
Palo Alto, CA  94304
Telephone: (650) 798-6700
Facsimile: (650) 798-6701
scott.oliver@klgates.com
audrey.lo@klgates.com

*Attorneys for Plaintiff Ultratech, Inc.*

Colin G. Cabral (State Bar No. 296913)
ccabral@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone:   (310) 557-2900
Facsimile:   (310) 557-2193

Steven M. Bauer (*pro hac vice* application pending)
sbauer@proskauer.com
Brendan S. Cox (*pro hac vice* application pending)
bcox@proskauer.com
PROSKAUER ROSE LLP
One International Place
Boston, Massachusetts 02110
Telephone:   (617) 526-9600
Facsimile:   (617) 526-9899

*Attorneys for Defendant Analog Devices, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ULTRATECH, INC.,<br><br>              Plaintiff,<br>     vs.<br><br>ANALOG DEVICES, INC.,<br><br>              Defendant. | Case No. 3:16-cv-02409-CRB<br><br>Hon. Charles R. Breyer<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE (L.R. 6-2)** |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
3:16-cv-02409-CRB

Pursuant to Local Rule 6-2, Plaintiff Ultratech, Inc. ("Ultratech") and Defendant Analog Devices, Inc. ("ADI") (collectively, the "Parties") submit this stipulation to continue the hearing date on the Parties' respective Motions to Enforce Settlement Agreement from July 15, 2016 to July 22, 2016.

WHEREAS, Ultratech filed the Complaint in this action on May 3, 2016 in the Northern District of California;

WHEREAS, the Parties executed a settlement agreement on May 20, 2016;

WHEREAS, ADI filed a Motion to Enforce Settlement Agreement, Dismiss the Complaint, and Award Attorney's Fees on June 7, 2016 (Dkt. 12);

WHEREAS, Ultratech filed a Motion to Enforce Settlement Agreement on June 8, 2016 (Dkt. 16);

WHEREAS, the hearing on both ADI's Motion to Enforce Settlement Agreement, Dismiss the Complaint, and Award Attorney's Fees and Ultratech's Motion to Enforce Settlement Agreement is currently noticed and scheduled for July 15, 2016;

WHEREAS, counsel for ADI now has conflicts with the July 15, 2016 hearing date, including a concurrent trial in the Southern District of New York and binding personal obligations;

WHEREAS, Ultratech and ADI have mutually agreed to continue the hearing date on the Parties' motions to July 22, 2016, and

WHEREAS, there have been no previous time modifications relating to this hearing, and the requested time modification would not affect the remaining schedule for this case;

NOW, THEREFORE, it is hereby stipulated that the hearing date on the Parties' respective Motions to Enforce Settlement Agreement shall be continued from July 15, 2016 to July 22, 2016 at 2:00 p.m.

DATED: July 11, 2016              K&L Gates LLP
                                  L. Scott Oliver
                                  Audrey Lo


                                  By:  /s/ L. Scott Oliver
                                       L. Scott Oliver

                                  *Attorneys for Plaintiff Ultratech, Inc.*

DATED: July 11, 2016              PROSKAUER ROSE LLP
                                  Colin G. Cabral
                                  Steven M. Bauer
                                  Brendan S. Cox


                                  By:  /s/ Colin Cabral
                                       Colin Cabral

                                  *Attorneys for Defendant Analog Devices, Inc.*

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: July 11, 2016         By:  /s/ Colin Cabral
                                  Colin Cabral

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
3:16-cv-02409-CRB

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED,

5 | DATED:  July 12, 2016

_____
Honorable Charles R. Breyer
United States District Judge