IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRATECH, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ANALOG DEVICES, INC.,<br><br>    Defendant. | No. C 16-cv-2409 CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court has reviewed Magistrate Judge Laporte's Report and Recommendation regarding the parties' cross-motions to enforce settlement agreement. See dkt. 52.[1] The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in all respects. Accordingly, the Court GRANTS Defendant's Motion to Enforce Settlement and Dismiss the Case (dkt. 12) and DENIES Plaintiff's Motion to Enforce the Settlement Agreement (dkt. 16). No fees are awarded.

**IT IS SO ORDERED.**

Dated: September 2, 2016

                                         CHARLES R. BREYER
                                         UNITED STATES DISTRICT JUDGE

---

[1] No objection to the Report has been filed.